UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL GAXIOLA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PERRIS POLICE STATION, et al.,<br><br>　　　　　Defendants. | NO. EDCV 19-2379-MWF (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT IS ORDERED that the complaint is dismissed without prejudice for failure to prosecute.

DATED: September 22, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　United States District Judge