UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANGEL GAXIOLA, | ) | NO. EDCV 19-2379-MWF (AGR) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| PERRIS POLICE STATION, et al., | ) | |
| Defendant. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the complaint is dismissed without prejudice for failure to prosecute.

DATED: September 22, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge